# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ELA ZIV and YEHONATAN KAPACH,<br><br>*Plaintiffs,*<br><br>v.<br><br>RENEE KESTABLER (pseudonym), JOHN/JANE DOE 1 (anonymous), JOHN/JANE DOE 2 (anonymous, @HSJournalism), CHANGE.ORG, INC., and A MEDIUM CORPORATION,<br><br>*Defendants.* | Case No. 3:26-cv-00406-MEO-MTO<br><br>**DECLARATION OF YEHONATAN KAPACH IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT CHANGE.ORG'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

## DECLARATION OF YEHONATAN KAPACH IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT CHANGE.ORG'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, Yehonatan Kapach, declare as follows:

1. I am a Plaintiff in this action, appearing pro se. I make this declaration from personal knowledge in support of Plaintiffs' Response in Opposition to Defendant Change.org's Motion to Dismiss the Amended Complaint.

2. Exhibit A contains excerpts of the Terms of Service published by Change.org at https://www.change.org/policies/terms-of-service, bearing a stated last-updated date of March 16, 2026. I retrieved and preserved that document from Change.org's website on August 12, 2026. The text reproduced in Exhibit A is reproduced verbatim from that document and has not been altered. Portions of the Terms that Plaintiffs do not rely upon in this Response have been

omitted, and each omission is noted in brackets in Exhibit A. Website navigation elements and page footers were not reproduced.

3. The Terms of Service in Exhibit A include a section titled "Enforcement by Change.org," which states that if Change.org is "put on notice that your campaign or content violates the law or the rights of others (for example, if it is established that it is defamatory; violates privacy, intellectual property or publicity rights of others; or is funding an illegal activity)," or if Change.org discovers that content violates its Community Guidelines or otherwise determines in its sole discretion that content is harmful, "we may remove it from our platforms, or we may make edits to bring your content into compliance."

4. The Terms of Service in Exhibit A further state that by submitting or posting content, the user authorizes Change.org "to make modifications or edits to it as we see fit," and grants Change.org a license "to use, copy, reproduce, process, adapt, modify, publish, transmit, display, and distribute your content in any and all media or distribution methods."

5. I offer Exhibit A solely to show the terms Change.org published and held out to users as governing its own role with respect to user content on the date of the May 19, 2026 edit at issue in this action. I do not offer it to establish the truth of any accusation in the petition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2026.

Yehonatan Kapach, Plaintiff, Pro Se